**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

July 16, 2020

<u>VIA ECF</u>
Honorable Katherine H. Parker
United States District Judge
Southern District of New York
500 Pearl Street, 17D
New York, New York 10007

        RE: *United States v. Jose Gonzalez*
           <u>1:20-MJ-06774-UA-1</u>

Honorable Justice Parker;

  I, Dawn M. Florio, attorney at law, represent Jose Gonzalez on the above case matter. I am requesting authorization from the court that Jose Gonzalez be given the approval to visit his father at:

    Montefiore Medical Center: Einstein Campus
    1825 Eastchester Road
    Bronx, NY 10461

  Mr. Gonzalez's father, Jose Gonzalez Sr., suffered a stroke and a heart attack and has been medically sedated in order to stay on a ventilator to assist with his breathing until medical staff can be sure he will be able to be woken up and be able to breathe on his own. Mr. Gonzalez has been the caretaker for his father, who lives with him and is asking to be able to go everyday between the hours of 2pm-6pm, which are the hospitals visiting hours for the unit in which his father is admitted in. From Mr. Gonzalez home to the hospital, it is a 16 min walk.

  I have reached out to Pre-trial Jonathan Lettieri and he takes no position and AUSA Michael Neff has given his consent. I apologize for any inconvenience this has caused. I am requesting that this application be acknowledged and considered, so he doesn't miss out on any visitations.

On consent, request granted. D must travel directly between home and hospital with no deviation.

*/s/ Robert W. Lehrburger*
Robert W. Lehrburger
United States Magistrate Judge
July 16, 2020

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.